UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KOUNTA OUSMANE,

       Plaintiff,

 v.

IMMIGRATION AND CUSTOMS ENFORCEMENT,

       Defendant.

No. C11-344 BHS/KLS

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

Plaintiff Kounta Ousmane is currently detained at the Northwest Detention Center in Tacoma, Washington. After review of Plaintiff's application for leave to proceed *in forma pauperis* (ECF No. 5), the undersigned finds that Plaintiff does not appear to have funds available to afford the $350.00 court filing fee. Accordingly, his motion to proceed *in forma pauperis* (ECF No. 5) shall be **GRANTED**. The Clerk is directed to mail a copy of this Order to Plaintiff.

DATED this  30th  day of March, 2011.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING IN FORMA PAUPERIS APPLICATION - 1