UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KOUNTA OUSMANE,

                Plaintiff,

        v.

IMMIGRATION AND CUSTOMS
ENFORCEMENT,

                Defendant.

Case No. C11-344BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION AND
DENYING PLAINTIFF'S
MOTION AS MOOT

        This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 12) and Plaintiff Kounta Ousmane's ("Ousmane") motion to dismiss his complaint (Dkt. 13). The Court having considered the R&R and the remaining record, and no objections having been filed, hereby adopts the R&R. Additionally, having considered Ousmane's motion to dismiss, the Court finds that no briefing is required because the R&R grants the relief requested and renders the motion moot. Accordingly, the Court does hereby find and order as follows:

        (1)     The R&R is **ADOPTED**;

        (2)     This action **DISMISSED** without prejudice; and

        (3)     Ousmane's motion to dismiss is **DENIED** as moot.

        DATED this 20th day of June, 2011.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER