AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
WESTERN DISTRICT OF WASHINGTON

KOUNTA OUSMANE

v.

IMMIGRATION AND CUSTOMS ENFORCEMENT

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-344BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R&R is **ADOPTED**;

This action **DISMISSED** without prejudice; and

Ousmane's motion to dismiss is **DENIED** as moot.

June 21, 2011
Date

WILLIAM M. McCOOL
Clerk

*s/CM Gonzalez*
Deputy Clerk